# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Brandon S. Creamer<br>Sheila D. Creamer<br>205 Rosewood Place<br>Athens GA 30606<br><br>**ACCOUNT NO.** 8513 | **CHAPTER 13**<br><br>**Case Number:** 14-30074-JPS<br><br>**Attorney:** Athens Consumer Law Center |

### NOTICE OF TRUSTEE'S MOTION TO SUSPEND PAYMENTS ON SECURED DEBT

NOTICE IS HEREBY GIVEN PURSUANT TO M.D. GA. LBR 9004-1(b) THAT CAMILLE HOPE, CHAPTER 13 TRUSTEE, HAS FILED PAPERS WITH THE COURT TO SUSPEND PAYMENTS ON DEBT IN YOUR CHAPTER 13 CASE.

**YOUR RIGHTS MAY BE AFFECTED**. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY IF YOU HAVE ONE IN THIS BANKRUPTCY CASE. IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.

IF YOU DO NOT WANT THE COURT TO SUSPEND PAYMENTS ON DEBT, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE MOTION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN RESPONSE TO THE MOTION ON OR BEFORE AUGUST 24, 2015   THE WRITTEN RESPONSE SHOULD BE SENT **TO THE CLERK OF THE COURT, U.S. BANKRUPTCY COURT, MIDDLE DISTRICT OF GEORGIA, PO BOX 1957, MACON, GEORGIA 31202.  IF A RESPONSE IS FILED, A HEARING ON THE MOTION WILL BE HELD ON** SEPTEMBER 16, 2015 AT 2.00 P.M. IN U.S. BANKRUPTCY COURT, 115 EAST HANCOCK AVENUE, ATHENS GA 30601

IF YOU MAIL YOUR RESPONSE TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL **RECEIVE** THE RESPONSE ON OR BEFORE THE DATE STATED ABOVE.

ANY RESPONSE MUST ALSO BE MAILED TO THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION, AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

**DATED:** July 31, 2015

| | |
|---|---|
| **CAMILLE HOPE**<br>**CHAPTER 13 TRUSTEE**<br>**MIDDLE DISTRICT OF GA**<br>**P.O. BOX 954**<br>**MACON, GA  31202-0954** | **KYLE GEORGE, CLERK**<br>**UNITED STATES BANKRUPTCY COURT**<br>**P.O. BOX 1957**<br>**MACON, GA 31202**<br>**TELEPHONE (478) 752-3506** |

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| **IN RE:**<br>Brandon S. Creamer<br>Sheila D. Creamer<br>205 Rosewood Place<br>Athens GA 30606<br><br>**ACCOUNT NO.** 3238 | **CHAPTER 13**<br><br>**Case Number:** 14-30074-JPS<br><br>**Attorney:** Athens Consumer Law Center |

### TRUSTEE'S MOTION TO SUSPEND PAYMENTS ON SECURED DEBT

Now comes the Standing Chapter 13 trustee and files this her motion to suspend payments on debt currently being made payable to Capital One.

1.

The debtor's attorney filed a claim in the case for Capital One. The Trustee has begun disbursing on this claim; however, the payment was returned by Capital One stating no such account could be found. No claim has been filed by any creditor for this claim. The title indicates that HSBC Bank Nevada NA is lien-holder. When this office contacted HSBC Bank Nevada NA the HSBC Representative could not locate an account belonging to the debtor. The trustee contacted Capital One, whose customer service representative refused to disclose any information.

2.

**THEREFORE**, your trustee prays that the Court authorize the Chapter 13 trustee to suspend payments on the proof of claim which was filed by the debtor's attorney, that your trustee be allowed to hold the funds until such a appropriate proof of claim is filed, and that the creditor be prohibited from charging any additional fees or late charges that might arguably be due under the contract because of delays in disbursement. If no transfer of claim is filed for these funds prior to the last disbursement under the plan, the trustee is authorized to pay said funds to the other unsecured creditors.

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF GEORGIA

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** a true and correct copy of the attached document was sent (1) via electronic notice to parties who are ECF Filers and Consenting Users, (2) via electronic notice to ECF Filers and Consenting Users who represent parties, and (3) mailed postage prepaid to all other interested parties at their addresses shown below.

Brandon Creamer
205 Rosewood Pl
Athens GA 30606

ELECTRONIC SERVICE -
Athens Consumer Law Center
PO Box 1861
Athens GA 30603-1861

Capital One / Kawasaki
26525 N Riverwoods Blvd
Mettawa, IL 60045-3428

HSBC Bank Nevada NA
Attn: Bankruptcy
PO Box 5216
Carol Stream IL 60197

Capital One Auto Finance
Attn: Sanjiv Yajnik
Chief Financial Officer
7933 Preston Road,
Plano TX 75024

HSBC Bank Nevada, NA
Attn:CFO - J Coppenrath
26525 N Riverwoods Blvd
Lake Forest IL 60045

DATED:
7/31/2015

/s/ Camille Hope
CAMILLE HOPE CHAPTER 13 TRUSTEE
MIDDLE DISTRICT OF GA
P.O. BOX 954
MACON, GA  31202-0954