**SO ORDERED.**

**SIGNED this 25 day of August, 2015.**



_____
James P. Smith
Chief United States Bankruptcy Judge

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| **Brandon S. Creamer** | | |
| **Sheila D. Creamer** | | |
| **205 Rosewood Place** | | |
| **Athens GA 30606** | | |
| | ) | CASE NO. 14-30074-JPS |

**ORDER GRANTING MOTION TO SUSPEND PLAN PAYMENTS**

It appearing to the Court that the Trustee has filed a motion to Suspend Plan Payments, in the above-referenced case; and no objection having being filed to the motion; it is hereby

**ORDERED** that the Motion to Suspend Plan Payments filed by the Trustee in the above-referenced case is granted.

END OF DOCUMENT

Prepared by:
TONY COY
Office of the Chapter 13 Trustee
Georgia Bar No. 003090
P.O. Box 954
Macon, GA 31202
(478) 742-8706